# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Kathleen Taylor
          Plaintiff,

v.                 Case No.: 1:17−cv−06374
                Honorable Gary Feinerman

State Collection Service, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

  MINUTE entry before the Honorable Gary Feinerman:Unopposed motion to extend discovery deadlines [30] is granted. The schedule is amended as follows. Fact discovery shall be completed by 7/6/2018. Rule 26(a)(2) disclosures shall be served by 9/12/2018. Rebuttal Rule 26(a)(2) disclosures shall be served by 10/10/2018. Expert depositions shall be completed by 11/7/2018. Motion hearing set for 5/21/2018 [31] is stricken.Status hearing set for 5/22/2018 [20] is stricken and re−set for 6/18/2018 at 9:00 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.