# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kathleen Taylor

Plaintiff,

v.

State Collection Service, Inc.

Defendant.

Case No.: 1:17−cv−06374
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/18/2018 at 9:00 a.m. Plaintiff reported that she will not move for class certification. Defendant reported that it will move for summary judgment.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.