IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN TAYLOR, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) STATE COLLECTION SERVICE, INC., ) ) Defendant. ) | Case No. 17-cv-06374<br><br>Hon. Gary Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: September 26, 2018

Respectfully submitted,

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

**CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on September 26, 2018 a copy of the foregoing Notice of Service was served upon all parties of record via the court's CM/ECF system.

                                          /s/Celetha C. Chatman
                                          Celetha C. Chatman

Celetha Chatman
Michael Wood
Community Lawyers Group Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 265-3227
cchatman@communitylawyersgroup.com