**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KATHLEEN TAYLOR, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> STATE COLLECTION SERVICE, INC., </br></br> Defendant. | Case No. 17-cv-06374 </br></br> Judge Hon. Gary Feinerman </br></br> Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and Defendant's attorney, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed without prejudice and on the merits, with each side to bear its own fees and costs.

However, if this case is not refiled within 30 days of the filing of this stipulation, The Parties respectfully requests that this case is automatically dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: October 17, 2018**

Counsel for Plaintiff

s/*Celetha Chatman*
Celetha Chatman
Michael Wood
Community Lawyers Group Ltd.
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

Counsel for Defendant

*s/ Louis Manetti*
Louis J. Manetti, Jr.
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500,
Chicago, IL 60606
Tel: 312-704-3125
 Fax: 312-704-3001
Lmanetti@hinshawlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I, Celetha Chatman, an attorney, hereby certify that on October 17, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 17, 2018**　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:    /s/ *Celetha Chatman*